IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMIAH MOORE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-5172 |
| | : | |
| C. MINERVA, *et al.* | : | |

## ORDER

AND NOW, this 29th day of March, 2024, upon consideration of Defendants C. Minerva, Sgt. Baker, and Christopher Pettine's Motion for Summary Judgment (ECF No. 45) and pro se Plaintiff Jeremiah Moore's response in opposition, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED in part and DENIED in part as follows:

1. Defendants' Motion for Summary Judgment is GRANTED as to Moore's substantive due process claim and Moore's procedural due process claim based on provision of prior written notice of his disciplinary charges.

2. Defendants' Motion for Summary Judgment is DENIED in all other respects.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.